13-CV-00542-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTISS M. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>KING COUNTY JAIL, et al.,<br><br>        Defendants. | Case No. C14-542 TSZ-BAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed Plaintiff's complaint, Defendants' motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation.[1]

(2)   Defendants' motion to dismiss (Dkt. 11) is **GRANTED**; Plaintiff's claims against Defendants King County Jail, Sergeant R. Wilks, Captain M.R., Major Hyatt, and Jacob Gollihugh are **DISMISSED WITH PREJUDICE.**

(3)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 11th day of Jul, 2014.

THOMAS S. ZILLY
United States District Judge

---

[1] The Court notes that there appears to be a typographical error on page 2, line 22 of the Report and Recommendation. It should read that the "complaint in this action was signed on March 25, 2014."

ORDER ADOPTING REPORT AND RECOMMENDATION - 1